

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2015

No. 04-15-00486-CV

Elgin **TRACY**, Adolph Tracy, and Travis Morgan,
Appellants

v.

Edward W. **CHAMRAD**, Jr.,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 15-05-0240-CVW
Honorable Russell H. Wilson, Judge Presiding

## O R D E R

In this accelerated appeal, the reporter's record was due on August 10, 2015. *See* TEX. R. APP. P. 35.1(b). On August 17, 2015, after no reporter's record had been filed, we notified court reporter Leticia M. Escamilla that the record was late. On August 24, 2015, court reporter Leticia M. Escamilla filed a notification of late reporter's record that stated Appellant has not paid for the record and is not entitled to appeal without paying the reporter's fee.

**We order Appellant** to provide written proof to this court within **ten days** of the date of this order that (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or (2) Appellant is entitled to appeal without paying the reporter's fee. If Appellant fails to respond within the time provided, Appellant must file a brief with this court within **twenty days** from the date of this order, and the court will only "consider and decide those issues or points [raised in Appellant's brief] that do not require a reporter's record for a decision." *See id.* R. 37.3(c).

If Appellant timely complies with this order, the reporter's record will be due **ten days** from the date Appellant files written proof showing compliance with this order. *See id.* R. 35.3(c) (limiting an extension of time to file the record in an accelerated appeal to ten days).

If the reporter's record is not filed with this court as ordered above, any requests for additional time to file the record must be accompanied by a signed, written status report. The report must describe the transcript by day with the date, description, page counts, and remarks

for each day.  The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks).  The report may describe any unusual aspects of the record.  The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date.  A preferred form for the status report, with an accompanying example, is attached to this order.


_____
Patricia O. Alvarez, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court